| | | | |
|---|---|---|---|
| Com. v. Caballero | 1894 MDA 2015<br>Affirmed,<br>Reversed and<br>Vacated | 09/23/2016 | CP–67–CR–0000727–<br>1989<br>(York) |
| Com. v. Ballard | 309 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/23/2016 | CP–54–CR–0001234–<br>2013<br>(Schuylkill) |
| Com. v. McCabe | 305 WDA 2016<br>Vacated and<br>Remanded | 09/23/2016 | CP–65–CR–0003148–<br>2014<br>(Westmoreland) |
| Com. v. Wilson | 339 WDA 2016<br>Affirmed | 09/23/2016 | CP–62–CR–0000043–<br>2010<br>(Warren) |
| Vinciguerra v. Tunstall | 403 WDA 2016<br>Affirmed | 09/23/2016 | GD–12–019371<br>(Allegheny) |
| In re Adoption of D.M.R.; Appeal of<br>M.R. | 641 WDA 2016<br>Affirmed | 09/23/2016 | CP–02–AP–0000187–<br>2015<br>(Allegheny) |
| Com. v. Zakrzeewski | 3356 EDA 2016<br>Reversed and<br>Remanded | 09/26/2016 | CP–51–CR–0010187–<br>2014<br>(Philadelphia) |
| Com. v. Anderson | 1930 MDA 2015<br>Affirmed | 09/26/2016 | CP–36–CR–0000378–<br>2010<br>CP–36–CR–0000419–<br>2010<br>CP–36–CR–0005069–<br>2009<br>(Lancaster) |
| Com. v. Landron | 2154 MDA 2015<br>Affirmed | 09/26/2016 | CP–06–CR–0000559–<br>2013<br>(Berks) |
| Com. v. Martinez | 51 MDA 2016<br>Affirmed | 09/26/2016 | CP–36–CR–0001104–<br>2015<br>(Lancaster) |
| Com. v. Brenner | 95 MDA 2016<br>Affirmed | 09/26/2016 | CP–38–CR–0000656–<br>2011<br>(Lebanon) |
| In the Interest of: S.M.S. | 711 MDA 2016<br>Affirmed | 09/26/2016 | 2015–771<br>(Lebanon) |
| Olup v. Pennsylvania American Water | 838 WDA 2015<br>Affirmed | 09/26/2016 | No. GD 10–010764<br>(Allegheny) |
| Com. v. Brown | 1770 WDA 2015<br>Affirmed | 09/26/2016 | CP–02–CR–0011189–<br>2013<br>(Allegheny) |
| Com. v. Ferrin | 1772 EDA 2015<br>Affirmed | 09/27/2016 | CP–51–CR–0007236–<br>2014<br>(Philadelphia) |
| Lopez v. Citywide Community | 1843 EDA 2015<br>Affirmed | 09/27/2016 | 01250 June Term, 2013<br>(Philadelphia) |